UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN A. BROWN,

    Plaintiff,

    v.

UNITED PARCEL SERVICE, *et al.*,

    Defendants.

Case No. C05-0237L

ORDER DENYING MOTION
TO CONSOLIDATE

    This matter comes before the Court on a motion to consolidate filed by defendant United Parcel Service, Inc. ("UPS") (Dkt. #19). UPS seeks to have this case consolidated with Brown v. UPS, Cause No. CV05-1718P ("Brown II"). After UPS filed the motion, the court in Brown II granted plaintiff's motion to remand that case. Accordingly, the Court DENIES as moot UPS' motion to consolidate.

    DATED this 14th day of November, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Order Denying Motion
to Consolidate